UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

AMERICAN GENERAL LIFE
INSURANCE COMPANY,

Plaintiff,

v.

WILLIAM KOSHMAN and DOES 1-10,

Defendants.

NO. CV-08-323-JLQ

**ORDER GRANTING MOTION
FOR PROTECTIVE ORDER**

**IT IS HEREBY ORDERED:**

1. The Plaintiff's unopposed Motion for Protective Order (Ct. Rec. 21) and corresponding Motion to Expedite (Ct. Rec. 19) are **GRANTED** as they pertain specifically to the HIPAA-protected documents in question.

2. Based upon the Stipulation of the parties filed June 19, 2009 (Ct. Rec. 20) concerning confidentiality of certain matters, the court orders that the Stipulation of the parties shall also constitute the Order of this court.

The Clerk is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 24th  day of June, 2009.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1