AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

AMERICAN GENERAL LIFE
INSURANCE COMPANY,

        Plaintiff,

v.

WILLIAM KOSHMAN,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-323-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the matter having been settled, judgment dismissing the Complaint (Ct. Rec. 1) and the claims therein with prejudice, without costs or attorney's fees to any party hereto is entered. File closed.

June 19, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer